(109 So. 924)

B. C. COLLUM v. STATE. (7 Div. 258.) (Court of Appeals of Alabama. June 1, 1926.).

Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

RICE, J. Appeal dismissed.